UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE LENAY WILLIAMS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case Number 22-11279
Honorable David M. Lawson
Magistrate Judge Patricia T. Morris

## JUDGMENT

In accordance with the order entered on this date,

It is **ORDERED AND ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: September 29, 2023